UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24724-CIV-ALTONAGA/Reid

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**MOISES BAKERY OF MIAMI, INC.,**
**a Florida for-profit corporation**,

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff, through undersigned counsel, moves for entry of a Clerk's default against Defendant, MOISES BAKERY OF MIAMI, INC., on the following grounds:

1. Plaintiff filed his Complaint against Defendant on December 13, 2023 [ECF No. 1] and the Clerk issued a Summons on December 14, 2023 [ECF No. 3].

2. On December 22, 2023, Plaintiff served the Complaint and Summons on Defendant by serving Philip Coleman, Vice President of Defendant, pursuant to F.S. 48.062 [ECF No. 4].

3. Defendant's response to the Complaint was due by January 12, 2024; however, no response has been filed to date.

4. Pursuant to Judge Altonaga's Order on Default Procedures dated January 16, 2024 [ECF No. 6], Plaintiff files his Motion for Entry of Clerk's Default.

5. Accordingly, a Clerk's Default against this Defendant should be entered.

WHEREFORE, Plaintiff moves the Clerk of Court for entry of a Clerk's default against Defendant, MOISES BAKERY OF MIAMI, INC.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2024, a true and correct of the foregoing was electronically filed and was served via regular U.S. Mail, on the following:

Joaquin Bras, Registered Agent
MOISES BAKERY OF MIAMI, INC.
7310 Collins Avenue
Miami Beach, FL 33141

/s/   Roderick V. Hannah
    Roderick V. Hannah

2